```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERMAINE WILLIAMS              :     CIVIL ACTION
                               :
     v.                        :
                               :
GEORGE PATRICK, et al.         :     NO. 07-776
```

ORDER

AND NOW, this 17th day of August, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus by a Person in State Custody (Docket No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and the petitioner's objections thereto, and after considering a Motion for Certificate of Appealability (Docket No. 49), IT IS HEREBY ORDERED as follows:

1. The Report and Recommendation are APPROVED and ADOPTED;

2. The petitioner's objections are OVERRULED;

3. The Petition for a Writ of Habeas Corpus is DENIED; and

4. There is no basis for the issuance of a certificate of appealability; and the petitioner's Motion for Certificate of Appealability is DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.