```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JERMAINE WILLIAMS          :     CIVIL ACTION
                           :
    v.                       :
                           :
GEORGE PATRICK, et al.     :     No. 07-776

## ORDER

AND NOW, this 2nd day of June, 2014, upon consideration of the petitioner's Motion for Rule 60(b)(1)(6), Pursuant to Fed. R. Civ. P. (Docket No. 57), the respondents' response and the petitioner's replies thereto, IT IS HEREBY ORDERED that, for the reasons stated in a memorandum of law bearing today's date, the petitioner's motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.